KRISTOL BRADLEY GINAPP, ESQ.
Nevada Bar No. 8468
E-mail: kginapp@nevadafirm.com
HOLLEY DRIGGS, WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:     702/791-0308

Attorney(s) for Desert Flour, L.L.C.
dba Panera Bread

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual,<br><br>                  Plaintiff,<br><br>        v.<br><br>DESERT FLOUR, L.L.C. dba PANERA BREAD,<br><br>                  Defendants. | CASE NO.:  2:17-cv-00928-GMN-CWH<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DESERT FLOUR, L.L.C. DBA PANERA BREAD TO RESPOND TO PLAINTIFF'S COMPLAINT** |

///

///

///

///

///

///

///

///

///

///

///

12155-01/1875214.docx

1  Plaintiff Kevin Zimmerman and defendant Desert Flour, L.L.C. dba Panera Bread stipulate

2  that Desert Flour, L.L.C. dba Panera Bread may have a 14-day extension to and including May 11,

3  2017 within which to respond to plaintiff's Complaint.

4  DATED this 2nd day of May, 2017            DATED this 2nd day of May, 2017

5

6  /s/ *Whitney C. Wilcher*                     /s/ *Kristol Bradley Ginapp*

7  Whitney C. Wilcher, Esq                     Kristol Bradley Ginapp, Esq.
   THE WILCHER FIRM                            HOLLEY DRIGGS WALCH FINE WRAY

8  8465 West Sahara Ave., Suite 111-236        PUZEY & THOMPSON
   Las Vegas, Nevada 89117                     400 South Fourth Street, 3rd Floor

9  Attorneys for Plaintiff                     Las Vegas, Nevada 89101
                                               Attorneys for Defendant

10

11

12          IT IS SO ORDERED.

13          DATED: May 4, 2017

14

15

16          _____

17          C.W. HOFFMAN, JR.
            UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

- 2 -

**CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this 2nd day of May, 2017, I did cause a true and correct copy of **STIPULATION AND ORDER EXTENDING TIME FOR DESERT FLOUR, L.L.C. DBA PANERA BREAD TO RESPOND TO PLAINTIFF'S COMPLAINT** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

Whitney C. Wilcher, Esq
THE WILCHER FIRM
8465 West Sahara Ave., Suite 111-236
Las Vegas, Nevada 89117
P:  702-466-1959
E:  wcw@nevadaada.com

By: /s/ Kileen Watase
_____
An Employee of HOLLEY DRIGGS
WALCH FINE WRAY PUZEY &
THOMPSON

12155-01/1875214.docx