1  KRISTOL BRADLEY GINAPP, ESQ.
   Nevada Bar No. 8468
2  E-mail: kginapp@nevadafirm.com
   HOLLEY DRIGGS, WALCH
3  FINE WRAY PUZEY & THOMPSON
   400 South Fourth Street, Third Floor
4  Las Vegas, Nevada 89101
   Telephone:    702/791-0308
5
6  Attorney(s) for Desert Flour, L.L.C.
   dba Panera Bread

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual, | CASE NO.: 2:17-cv-00928-GMN-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| DESERT FLOUR, L.L.C. dba PANERA BREAD, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Kevin Zimmerman, by and through his counsel of record, The Wilcher Firm, and Defendant Desert Flour, LLC dba Panera Bread, by and through its counsel of record, Holley Driggs Walch Fine

///
///
///
///
///
///
///
///
///

- 1 -

Wray Puzey & Thompson, that Plaintiff's Complaint shall be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

DATED this 12th day of May, 2017

DATED this 12th day of May, 2017

/s/ Whitney C. Wilcher
Whitney C. Wilcher, Esq
THE WILCHER FIRM
8465 West Sahara Ave., Suite 111-236
Las Vegas, Nevada 89117
Attorneys for Plaintiff

/s/ Kristol Bradley Ginapp
Kristol Bradley Ginapp, Esq.
HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, 3rd Floor
Las Vegas, Nevada 89101
Attorneys for Defendant

**IT IS SO ORDERED:**

By _____
UNITED STATES DISTRICT JUDGE

DATED this ___19___ day of May 2017.

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I certify that I am an employee of HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON, and that on this 12th day of May 2017, I did cause a true and correct copy of **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

Whitney C. Wilcher, Esq
The Wilcher Firm
8465 West Sahara Ave., Suite 111-236
Las Vegas, Nevada 89117
P: 702-466-1959
E: wcw@nevadaada.com

By: */s/ Kileen Watase*
An Employee of HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON